1 of 41
07-CV-867

RECEIVED
In Chambers of
U.S.D.J. Gershon

MAY 0 4 2007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 16 2007

P.M.
TIME A.M.

Dear Judge Girshon,

I am in receipt of your order,
dated April 17, 2007, requesting clarity of
the abbreviated claims that I have
filed against the numerous defendants
who I have named in my litigation,
dated February 03, 2007, which also
grants me thirty (30) days from the
date of the Court's order, in which to
amend my complaint, for which I
am sincerely grateful to the Court.

Since first filing my complaint with the Court, a number of unlawful events have taken place in a calculated effort to defeat my legal pursuits, including me being forced to move from where I had been residing, through no fault of my own; which were unmistakably and clearly orchestrated by several of the defendants named in my complaint, and their seemingly endless array of cohorts.

Consequently, because I am a financially strapped struggling student and honorably discharged physically challenged veteran of the United States Air Force, with no family members that I can count on in the New York metropolitan area, and certainly none in Long Island; I had nowhere to go, and have been subjugated to the rugged Department of Social Services of Suffolk County — particularly the Coram, Long Island Office. I was,

however, a resident of the County
of Queens, at the time that I
filed my complaint with the Court.
Initially, I was sent to the
Veterans' shelter at the Salvation
Army, which is located on the
grounds of the VA medical center
in Northport, Long Island, New York,
where for the roughly two weeks that
I stayed there, I was the only
female veteran assigned to that
shelter, although I got along fine
with the other thirty something
male veterans — the majority of
whom were receiving substance
abuse treatment, which was not the
case for me.
      Near the end of the second
week that I was at the Salvation
Army shelter (I arrived there on
April 13, 2007); I unfortunately
discovered hidden video cameras in
the female shower stall, restroom
and the female dorm where I
slept, which I brought to the

attention of VA Police officers at the Northport VAMC, since the VA is the landlord of the Northport Salvation Army. I first discovered the hidden video camera in the ceiling area of the female dorm, where I slept, on the morning of April 22, 2007 — just before I went to a church near Port Jefferson, Long Island — although I had reason to believe that the cameras were there, several days prior, based upon conversations that I overheard between staff members at the Salvation Army, as well as jokes that were exchanged between several of the male veterans there concerning my body parts.

To confirm my suspicions, nonetheless, I asked a member of the staff at the Salvation Army to allow me to use one of their computers to conduct a Google search, for driving directions to the church, near Port Jefferson that I had planned to attend, and

to also ascertain, if the wiring for
the hidden video camera, that I had
discovered that Sunday morning,
was connected to the computer network
at the Northport Salvation Army,
allowing the enduser to pull up
pictures on the computer screens,
of the female shower stall, restroom
and female dorm, which would amount
to both voyeurism (which is a class-
D felony under New York State laws)
and a violation of my constitutionally
guaranteed right to privacy.
    Using both my computer program-
ming background and my experience
as a Help Desk technician, I was
able to confirm my suspicions, during
the short time that I was allowed
to use the Salvation Army, at
Northport's computer network,
although the employee who allowed
me to use the computer, apparently
had no idea that I had been
able to confirm that information.
The very next day, I lifted the

ceiling tiles in the bathroom, near one of the light fixtures, as well as the ones directly located over the shower stall to confirm what I already knew, that being that I had been unlawfully and unconstitutionally subjected to the voyeurism of the mostly male employees at the Salvation Army at Northport, along with the female employees who worked there including three female Social Workers and two female office managers – among them, the Program Director, Deborah Rodriguez, – who, all denied that there were hidden video cameras in the areas that I have pointed out.

When VA Police came over to the Salvation Army building, at my request, they discovered that the wiring, just above the removable ceiling tiles that led to the hidden video cameras, had been cut, and the hidden video camera, that I had

7 of 41

just seen several days earlier, had
been taken down, but the damage
had already been done, given that
the pictures of me, completely in
the nude and showering, as well as
me getting undressed in the female
dorm area, and writing this letter
to you; had already been transmitted
both to Suffolk County Police and the
New York Police Department, as well
as to members of the Italian Mafia,
to New York State Assemblyman Jeff
Aubry, his office manager and romantic
partner (in Corona, Queens) Tracey
Gatling, members of my family and
a number of news outlets including
1010 WINS, WCBS 880 A.M., CNN, ABC,
NBC, CBS, Fox Five and no telling
who else, which was not the first
time something of this nature, in
relation to the hidden video cameras,
had happened.

   The exact same thing has been
happening to me, as it now turns out,
since 1995, which is when the unlawful

scheme, to which I briefly made reference in my abbreviated complaint that I filed with the court on February 03, 2007, was first devised. Essentially everywhere I have lived since that time, I have been stalked by Assemblyman Aubry, Ms. Gatling and their cohorts, in conjunction with members of the New York Police Department, members of the Mafia, my landlords and a slew of cohorts, including factions from New York University who helped to devise the afore-referenced scheme.

Apparently installing video cameras, unbeknownst to me, in the apartments where I had lived, that took pictures of me completely nude, while showering, as well as getting undressed for bed, where those pictures were later posted to pornographic websites all over the Internet, where persons, viewing the pictures were required to pay a fee; as I was drugged, while asleep in

in my apartment in Laurelton, by members of the 105th Police Precinct and my then-landlord and his wife, Burnet and Moreen Linton, in retaliation for my refusal to give up my legal pursuits against the collective defendants, named in my complaint, and to also steal loads of evidence from my locked luggage, in relation to my complaint.

I did not realize that I'd been raped until approximately twelve hours after the rape occurred, although I woke up the following morning, after the rape had obviously occurred, feeling as though I had been drugged, bleeding heavily from my vaginal area which was very sore and sorely bruised. Approximately twelve hours after I'd been drugged and raped (of which I have no memory), I overheard my then-landlord, Burnet Linton and his

wife, Moreen Linton, boasting to someone inside their house about the rape, as the apartment that I was renting, was attached to the back of their house.

Prior to me being raped, I had complained to police officers from the 105th Precinct, on numerous occasions, both at the Precinct house and inside the bedroom of my apartment; that the Lintons had installed hidden video cameras over the light fixture in my bedroom, as well as in the shower stall and the bathroom, which the officers, including a Police Sergeant, merely made a mockery of, but never did anything about. I then contacted 911 the same evening that I overheard the Lintons boasting about the rape, but the Police never came.

The following morning I called 911 again, and a short time later approximately nine (9) Caucasian male and female police officers

responded to the 911 call. Instead of assisting me, however, the police officers stood out in back of my apartment for well over one hour, making a mockery of the fact that I had been raped, acknowledging, while laughing, that they were well aware that I had been raped two nights before, but claimed that in order to determine if I had been really raped, they would have to conduct a physical examination of my body, to which all of the officers, who were Italian and Hispanic, mockingly laughed.

I then asked the officers to leave, which they refused to do, prompting me to close the door to my apartment. Officer D'Alto, a Caucasian, male police officer, nonetheless, began bamming his hand against the door to my apartment, demanding that I open it, indicating that he wanted to make sure that my landlord was not inside my apartment, at which point he and the other officers began laughing

again. I then informed Officer
D'Alto that it was my intent to
file a written complaint with
the U.S. Attorney's Office in
Brooklyn, that same day.
Officer D'Alto indicated, at that
point, that he did not "give a
f---ck," who I intended to complain
to, adding that he knew the
telephone number to the U.S. Attorney's
Office in Brooklyn, at which time
he began to actually scream out
the telephone number for U.S.
Attorney Roslyn Mauskopf's office.
Before the officers finally left,
Officer D'Alto banged loudly on the
door to my apartment again, and
loudly proclaimed that if I chose
to go to the Emergency Room,
although by that point I had
already showered twice; one way
or the other, I would still have to
deal with the police officers from
the 105th Police Precinct, since
the rape had occurred in their

district.

As a licensed minister of the Gospel of Jesus Christ and a Born Again Christian, since I was seventeen years old; I simply could not bear being doubly humiliated by the same police officers who, along with my landlord and his wife, had carried out the rape on the collective orders of Assemblyman Aubry, Mrs. Gatling (Assemblyman Aubry's office manager in Queens), members of the Mafia, Bishop James I. Clark and several others who are the subjects of my complaint, and parties to the afore-referenced scheme. Even though I went to the U.S. Attorney's Office in Brooklyn that same day in March of 2006, where I actually spoke, in person, with U.S. Attorney Mauskopf, who claimed that someone from her office would be contacting me "soon," after my complaint was assigned to an Assistant U.S. Attorney

in her office.

It is now one year and one month later, and despite my numerous calls to U.S. Attorney Mauskopf's office, my handwritten complaint has received no response, and persons in Ms. Mauskopf's office, including her own secretary, have made a mockery of my complaint, which is not a laughing matter, at all. As well, personnel at the New York Police Department, from the Police Commissioner's office to the Internal Affairs Bureau, **all** the way down to the police officers at the 105th Precinct have gone out of their way, along with the Manhattan FBI Office to cover up this horrible crime, which is merely past and parcel to a larger scheme, involving more than thirty three billion dollars that were confiscated by the FBI in conjunction with the U.S. Attorney's Office in Manhattan, after I

contacted Assistant U.S. Attorney
Sara L. Shudofsky, who was then-
Chief of the Civil Rights Unit with
complaints that my federal civil and
constitutional rights were being
violated by a number of individuals,
including but is not limited to, the
ones who I have already made
references to in this letter.

    The thirty something billion dollars
that were confiscated by the FBI,
were being funneled through banks
in China, Hong Kong, Italy, Switzerland
and other countries via securities
and wire frauds, from an account
that had been set up on Wall
Street, with the aid of NYU Trustee
Richard Grasso, in which large amounts
of monies from investors around the
globe, including several very wealthy
NYU Trustees and Benefactors, were
deposited. Despite the fact that it
was my handwritten, lengthy and
detailed complaint that prompted
the federal criminal investigation

into my allegations regarding the ongoing and continuous unlawful scheme; I was never advised of my rights as a victim of and a witness to those serious federal crimes.

Notwithstanding, I was also never advised that a grand jury or a federal criminal trial had been held, although I had both a liberty interest and a personal stake in the outcome of both judicial proceedings. Further, the U.S. District Court, where the grand jury and criminal trial were held, was apparently willfully and falsely led to believe by Assemblyman Aubry, Mrs. Gatling, factions from NYU, U.S. Attorney officials and by my former neurologist, Dr. Henry T. Grinvalsky, who is not licensed to practice medicine in the State of New York; that I was unable to offer any meaningful testimony to either the grand jurors or at

the federal criminal trial, purportedly because I was suffering from the effects of a brain tumor that had supposedly been surgically removed from my brain, at that time, resulting in me becoming permanently developmentally disabled, unable to care for my own personal or financial affairs.

An application for restitution, in my behalf, was then reportedly made in my behalf, by members of my family, who had also reportedly claimed that I had undergone brain surgery in Cincinnati, Ohio, where I was supposedly being cared for by my sister, Sarah Bolar Wilkerson, all of which was a scam and a farce. A good deal of identity fraud, by Ms. Gatling, Assemblyman Aubry and members of my family, who have been aided by various Courts and judges in several states, including Judge Denny

Chin at U.S. District Court in
Maryland and Hamilton County
Ohio Probate Judge James Cissell
in Cincinnati, in an effort to gain
access to those monies, amounting
to several billion dollars - none of
which I have ever received.
It should also be noted that
even though the devisors of this
ongoing unlawful scheme, including
members of the Italian, and Russian
Mafia, were brought up by the
U.S. Attorney's Office on racketeering
and other serious federal crimes,
both the grand jury and the
federal criminal trial, as it now turns
out, was nothing more than a kangaroo
court, and none of the defendants
ever went to jail for their crimes.
Moreover, the federal prosecutors assigned
to the case, nor the Clerk of Courts'
office never advised me about the
restitution monies that had been set
aside, even till the writing of this
letter, despite the fact that both the

grand jury and the criminal trial
were held in 2000, and this is only
the tip of the iceberg.

As though me being raped by
members of the New York Police
Department was not, in and of itself,
egregious enough; after I took a break
from New York to go to my hometown
of Mobile, Alabama to attempt to
recover from the additional trauma
that I had sustained from the
rape - members of the 106th Police
Precinct, who were apparently tracking
my movements, contacted military
police at Andrews Air Force Base in
Camp Springs, Maryland, where I
had gone to get Space-Available
seating on military aircraft to a
military base near Mobile, and advised
them that I was supposedly an "enemy
combatant" of the United States trans-
porting "weapons of mass destruction"
in my luggage, which the officers
from the 106th Police Precinct knew
was a complete farce, that bore no

basis in truth or fact.

Captain Courtney Hollands, an Air Force Supervisor at Base Security at Andrews, had apparently had me harassed around Andrews Air Force Base, in response to the willfully false information that he received from the officers at the 105th Police Precinct, which later resulted in military police being sent to my hotel room on the base, ordering me to open the door to my hotel room to let them in on June 02, 2006, which I quickly complied with.

Those officers, then without probable cause or a shred of proof or evidence, accused me of being an enemy combatant of the United States and, of transporting weapons of mass destruction in my luggage, which they never found. I was also handcuffed, while still in my pajamas, although I remained calm the entire time, and told by

military police that I would not need
any regular clothes, where they were
going to take me, adding that they
needed to ensure that I would "never
be a problem" ever again to law
enforcement officers, especially at
Andrews Air Force Base - an obvious
reference to the fact that I had
called the office of U.S. Air Force
General John I. Pray, who was then the
Wing Commander and Host Officer at
Andrews Air Force Base, which is the
support base for the President and
Vice President of the United States,
to complain that I was being harassed
everywhere I went around the base at
Andrews.

Captain Hollands also admitted that
he had been informed of or by the
officers at the 105th Precinct that I
had accused them of rape, as well as
other serious federal crimes, including
aiding and abetting an unlawful
scheme involving, among other things,
racketeering. Nevertheless, I was taken

out of my hotel room, in my pajamas, handcuffed, without my rights - meaning my Miranda rights - ever being read to me, in violation of the Uniform Code of Military Justice and my Fifth Amendment right to the U.S. Constitution.

What is more, even though military police accused me of federal crimes, I was not taken to jail, but to the Emergency Room at Malcolm Grow USAF Hospital at Andrews Air Force Base, where I was later advised that Captain Holland had filed a report (a false police report - at that) with claims that I had "communicated suicidal and homicidal ideations," to him, which he knew was an outright bald-faced lie, as I have never had any thoughts of inflicting bodily harm upon myself, neither have I conveyed such to anyone, including Captain Hollands. Furthermore, I have never threatened to commit homicide against anyone, neither did I

communicate such to Captain Hollands
or to any other military police officer.
Even so, without me ever being
assessed and/or examined or
questioned previously by a medical
doctor at the military hospital at
Andrews Air Force Base, on the day
in question; I was, in violation of my
constitutionally guaranteed right to
due process, unlawfully labeled as
being "psychiatrically unstable" and
of being afflicted with "bipolar
disorder, with delusional thought
processes", after I informed the
social worker, in the Emergency
room, when she questioned me
about my educational background,
that I had already been approached
by persons affiliated with NYU, who
have ties to the U.S. Department of
Justice, about me becoming a
federal prosecutor, although I have
not been accepted at a school of
law, although I had already taken
the Law School Admission Test in

2005, and was going through the law school application process, at that time.

Additionally, despite my repeated request, my regular physician in New York City, who knows my medical history inside and out, was never contacted by the Social Worker or the Emergency Room doctors at the military base, and prior to the label by the Social Worker, I had never been definitively diagnosed with any type of psychiatric disorder or instability— at least not to my knowledge. In addition to violating my constitutional right to due process, as well as the Uniform Code of Military Justice and the general Health Articles of the State of Maryland; the medical staff at the military hospital also failed to follow the medical standard of care.

All of this aside – with the aid of members of my family who are named as defendants in my

complaint, that is before this Court,
as well as at U.S. District Court in
Maryland; two medical doctors at
the military hospital at Andrews
Air Force base signed their names
to a certification consent indicating
that they had examined me and
found me to be psychiatrically
unstable, and in need of being
admitted to a psychiatric facility
for further evaluation, without having
ever assessed my physical or mental
condition, basing their diagnosis solely
on the inadequate and lackluster
report of the Social Worker, who
interviewed me for ninety minutes,
and the willfully false accusations of
several of my sisters who I had
already complained about, to the
Department of Justice and the
U.S. Attorney's Office, as being
parties to the aforementioned
unlawful scheme.
     Further, the Social Worker's
report is filled with inconsistencies

throughout, where she even claims that during the entire ninety-minute interview, my "affect" was "calm and appropriate," although she was unable to come up with a diagnosis for Axis II, IV or V, and stated that she recommended that I be "involuntarily admitted" to a mental health facility for "rule-out bipolar disorder", as opposed to a definitive diagnosis.

In any case, I was later transported against my will, to a mental health facility in Potomac Ridge, Maryland, where I was further denied proper legal representation, and without ever having gone before a judge in a court of law - again in violation of my right to due process. I was also falsely accused by the admitting physician, at the mental health facility in Potomac Ridge, of threatening to bring down then-U.S. Secretary of Defense Donald Rumsfeld, which the physician claimed had been indicated in the medical records sent over

by the military hospital, which has proven to be patently false. Whatever the case, as a result of that accusation by the psychiatrist at the mental health facility in Potomac Ridge, along with other totally fabricated statements reportedly made by USAF Captain Hollands, I was held against my will at that facility for almost three weeks, until a nurse there allowed me to contact the Department of Justice, whereupon I was released two days later.

In the meantime, over six hundred dollars in cash was taken from my bookbag that I was forced to leave, along with my other belongings at the hotel at Andrews Air Force Base, by military police, along with huge amounts of evidence related to the complaint that I have filed at U.S. District Court in Brooklyn. Upon being released from the mental health facility in Potomac Ridge, to my surprise, however, I was allowed,

without any problem to come back on to Andrews Air Force Base, after showing my military ID to security police, where I retrieved my belongings. I have since then commenced civil litigation, concerning this matter, in U.S. District Court in Maryland, on my own, where I wrote the complaint, which is being allowed to proceed by a judge at the federal court in Maryland, which is telling.

Not to be outdone, however, members of my family, who stand to be implicated legally, both in Maryland and in New York City, are presently, along with Assemblyman Aubry, and others who helped to devise the aforementioned unlawful scheme, have been busily attempting to use the situation in Maryland to have me forced out of the State of New York back down south, where they would then take steps to have me silenced for good so that they, along with Assemblyman Aubry, Ms. Gatling, members of the Mafia,

the New York Police Department and a whole host of others can avoid prosecution, seeing as if no one else is willing to testify against them, as a result of monies being released to Assemblyman Aubry and Mrs. Gatling, by the District Court with the aid of U.S. Attorney General Alberto Gonzales, which has been used by them, as well as members of my family, to pay off a slew of public officials and private individuals, in exchange for their silence, in relation to this matter; while I have not received a dime. In addition to this, Mrs. Gatling and Assemblyman Aubry, in conjunction with my former landlords, the NYPD and a host of other cohorts, have stolen thousands of pages of my intellectual properties (including original song lyrics, screenplays, short stories, rough drafts of novels, poetry, prose academic essays, and notes of my work; as well as original music that I have composed) and have sabotaged

my academic work, for the past twelve years, of which I notified my Professors and the Associate Dean for Student Affairs at the College of Arts and Sciences, where I have been matriculated, at NYU.

In the midst of all of this, a fraudulent marriage license, with my signature forged on the license was orchestrated roughly five years ago now, by Assemblyman Aubry, Mrs. Gatling, members of my family, Bishop James I. Clark and Bishop William L. Bonner (both prominent members of the clergy in Harlem), in an effort to gain access to restitution monies that were marked for me, and again this is only the tip of the iceberg. Moreover, I was assigned to St. Joseph's Women's Residence in East Northport, after I discovered the hidden video cameras at the Salvation Army in the shower stall, restroom and female dorm, last Thursday, April 26, 2007, and again on Friday, April 27, 2007,

where I was then assigned temporary shelter at 83 West Lane in Medford, Long Island — which is a nicely built, well-kept house, where others, who are temporarily without permanent housing are staying.

As though the enormous unrelenting stress that I've been under for the past twelve or so years, has not been enough; it has been brought to my attention by a very credible law enforcement source, that there is currently a scheme under way to force me out of the State of New York completely, by Assemblyman Aubry, Ms. Gatling and a slew of other cohorts, who are working in conjunction with employees at the Department of Social Services at Coram, to deny me permanent housing past tomorrow, May 03, 2007, so that they can avoid, even the threat of possible criminal and civil prosecution. To add to this, a good deal of other evi-

dence, in relation to this case, including caselaw research, and a lengthy and detailed complaint that I had already typed - though rough draft - in relation to this case, that was written much like a legal brief, along with a ten-page lead sheet for the song, "The Good Ol' Days," which I wrote in 1988, as a tribute to my mother were stolen, with other important documents, by employees at the Salvation Army and at St. Joseph's Women's Residence, whose names I will be adding to the list of defendants in my amended complaint.

Furthermore, Assemblyman Aubry, Ms. Gatling and members of my family engaged in an embezzlement scheme, along with employees at the Harry Fox Agency, Warner Brothers Music Corporation, Poly Gram Records, A+M Royalty Distribution Unit, the now defunct DV8 Records and Smith Barney— or I should say Salomon Smith Barney and Citigroup to embezzle songwriter

and music publisher royalties that were rightfully and legally mine, as well as criminal copyright infringement and anti-trust crimes committed by these same individuals and organizations, which the U.S. Attorney's Office in Manhattan uncovered during its criminal investigation, but never informed me of - even till this date.

AUSA Shudofsky even went as far as to aid the criminal copyright infringement of loads of my intellectual property, involving Assemblyman Aubry and Mrs. Gatling, who boldly orchestrated the theft of my work, then presented it as their own to persons at Creative Artists Agency in Hollywood, California, which doesn't even begin to touch upon the massive theft and criminal copyright infringement of my creative work, as well as excerpts from various legal complaints that I had drafted to file with several courts for the past six years, which the U.S. Attorney's offices in Brooklyn and Manhattan has

attempted to cover up.
To underscore all of the aiding
and abetting, of these crimes (which
have involved the murder of numerous
individuals) that has been assisted by
the U.S. Attorney's Offices in Manhattan,
Brooklyn and at the Department of
Justice in Washington, D.C.. I sent a
letter to then-FBI Director Louis Freeh,
dated August 27, 1998, regarding the
afore-referenced unlawful scheme. —
the original which I had both
Express Mailed and hand delivered,
at my own expense, to then—U.S.
Deputy Attorney General of the Dept.
of Justice, Eric Holder, who had been
raised in East Elmhurst, alongside
Assemblyman Aubry, and were friends.
In response to my letter to Director
Freeh, I received a letter, dated
December 04, 1998, from Kathleen
Timmons, then-Chief of the Color of
Law Unit, which essentially stated
that my complaint had been forwarded
to the Assistant Attorney General

for the Civil Rights Division which has "final prosecutive authority," for its review. The fact that the Chief of the Color of Law Unit for the FBI's Headquarters in Washington, DC, forwarded my complaint to the Assistant Attorney General for the Civil Rights Division of the Department of Justice to review it for "prosecutive action," suggested that the FBI had found merit with my complaint.

U.S. Deputy Attorney General Holder, however, used his authority both in 1998 and in 2000 to block the devisers of this horrible scheme—some of whom aided and abetted the destruction of the World Trade Center in New York City on September 11, 2001 - from being subjected to any real or significant criminal prosecution. As far as me being accused of being an enemy combatant of the U.S. and having weapons — any kind of weapons-

let alone of mass destruction in my luggage, has to be the most preposterous thing that I've heard of.

Not only, have I never been an enemy combatant of the United States or any other government, or possessed weapons of mass destruction; but I made an appointment with U.S. Senator Charles Schumer's senior aide, Ipyana, at his legislative office in Washington, DC, in October & 2000, to pass on to Senator Schumer, important information, that had been passed onto me by a friend of mine, who is a former military Intelligence officer, indicating that he had received very credible information that the "World Trade Center" would "most likely" be "destroyed" within one year from the date that I met with Senator Schumer's aid, Ipyana.

However, I was snubbed by both Senator Schumer and his staff, who mocked the fact that

I was from the Deep South originally and had a southern accent. U.S. Senator Harry Reid, who had visited Senator Schumer's office that same day, was just as arrogant and snobbish toward me, much to the detriment of the thousands who died on that fateful day in 2001, and the lasting and devastating effect that the destruction of the World Trade Center has had on New York, New Jersey, Pennsylvania, Washington, DC (i.e. the Pentagon and the airplane crash in Pennsylvania), as well as the world-at-large. I also contacted FBI Headquarters, the NYPD and the FBI Field Office in Manhattan, around the same time, with the exact same information, but was rebuffed at every hand.

Consequently, from the enormous stress, to which I have been subjected, I have suffered two (2) heart attacks, in the past 4½ years - one in 2002 and one in 2004 the latter due to carbon monoxide being pumped

through the radiator in my apartment in Harlem, at that time by my landlord who later admitted that he was aiding and abetting Assemblyman Aubry, Ms. Gatling, Queensborough President Helen Marshall (who has always been Assemblyman Aubry's political groomer and mentor).

In addition to the carbon monoxide poisoning, which caused damage to my heart muscle; my landlord, Kenroy Cruickshank along with the building Manager, Audrey, Hall, acting off of Assemblyman Aubry's and Ms. Gatling's wishes again; willfully filed a false claim with several law enforcement and U.S. Intelligence agencies, claiming that I was cohorting with terrorists, which he knew was a lie, and was also part of a smear campaign, to give law enforcement members, including police officers at the 25th Police Precinct in Harlem, an excuse to install hidden video

cameras in the shower, bathroom and general living area of my apartment. Pictures that were generated from those hidden video cameras, were then transmitted to mostly male law enforcement and Intelligence members, not just in the United States, but around the globe, in an accelerated attempt to destroy my good name and reputation as a minister of the Gospel of Jesus Christ and to ruin my chances for any future political appointments as a federal prosecutor or any other high-ranking civil service appointment in the U.S. Department of State, which again, is merely the tip of the iceberg. Those same pictures were also reportedly posted to various pornography websites, which I have never visited and had no desire in which to do so. More to the point, because I was called to preach the Gospel of Jesus Christ at age fourteen, and

40 of 41

licensed at seventeen (17) years old. I have, for the most part, led a relatively celibate life, where I have not engaged in sexual intercourse in all of the time that I have lived in New York, totaling almost twenty years, neither have I ever performed oral sex on anyone, contrary to the blistering, false and slanderous accusations made by individuals who are allies of Ms. Gatling, Assemblyman Aubry and their myriad of cohorts.

Although my heart is mildly enlarged, I still desire to become a federal prosecutor and eventually a federal judge. As such, I am presently completing the law school application process at Harvard, Columbia and Georgetown Schools of Law, while finishing up incomplete academic work for my studies at NYU, for which the University has given me extra time. As I have already stated, however, there is

Presently a massive scheme under way by Assemblyman Aubry, Ms. Gatling, members of my family and their numerous cohorts to defeat the litigation that I have commenced in Brooklyn and Maryland by forcing onto the street, where I would have no other choice but to make my way back to Alabama or Cincinnati, throwing my whole life into serious jeopardy.

I trust that this information is helpful to Your Honor, and I expect, barring any unforeseen circumstances, to have a more detailed complaint filed with the Court not later than May 17, 2007, in accordance with the Court's Order. Meanwhile, I can be reached at 212-592-3137, which is my business voicemail service number, if you have any further questions.

Respectfully,

Shelia M. Bolar